# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 12-20768-CR-SCOLA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

SERGE ST-VIL,

      Defendant(s).

_____/

## STIPULATION AS TO REAL PROPERTY LOCATED AT 1037 NE 207TH STREET, MIAMI, FLORIDA 33179

Interested Party, NEW PINES INVESTMENTS LLC, a Florida Limited Liability Company ("NPI"), by and through undersigned counsel, and UNITED STATES OF AMERICA ("USA"), by and through undersigned counsel, pursuant to the Court's Preliminary Order of Forfeiture Regarding Defendant St-Vil's Right, Title and Interest in Certain Real Property [D.E. 87], NPI's Verified Petition of Interested Party (the "Petition") [D.E. 94] and USA's Response to the Petition [D.E. 111], hereby stipulate to the following:

    1.    NPI may proceed with the foreclosure sale of the real property, located at 1037 NE 207th Street, Miami, Florida 33179, pursuant to the Final Judgment of Foreclosure entered in the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida [Case No. 12-45559-CA (02)], subject to amendment and update to the Final Judgment to reflect current amounts due and a new sale date.

    2.    The USA Lis Pendens recorded on May 7, 2013 in the Official Records Book 28616, Page 4848 of the Public Records of Miami-Dade County, Florida is released and

Case No. 12-20768-CR-SCOLA

discharged subject to the USA's retention of its claims and rights to surplus or excess foreclosure

sale proceeds, if any.

This Stipulation is entered into in conjunction with the state court foreclosure case in the

Eleventh Judicial Circuit, in and for Miami-Dade County, Florida [Case No. 12-45559-CA(02)].

**BLAXBERG, GRAYSON, KUKOFF &**
**TWOMBLY, P.A.**
*Attorneys for New Pines Investments, LLC*
25 SE Second Avenue, Suite 730
Miami, Florida 33131
Telephone: (305) 381-7979
Facsimile: (305) 371-6816
alexis.read@blaxgray.com


By: _____
     Alexis Read
     Fla. Bar No.: 98084

**WIFREDO A. FERRER**
**UNITED STATES ATTORNEY**




By: _____
Daren Grove (Court No. A5501243)
Assistant United States Attorney
E-mail: daren.grove@usdoj.gov
99 NE 4th Street-7th Floor
Miami, Florida 33132
Telephone: (305) 961-9294
Facsimile: (305) 536-7599

Case No. 12-20768-CR-SCOLA

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 8, 2013, a true and correct copy of the foregoing was served via the Court's CM/ECF system to those parties who are currently on the list to receive e-mail notice and service for this case.

> **BLAXBERG, GRAYSON, KUKOFF & TWOMBLY, P.A.**
> *Attorneys for New Pines Investments LLC*
> 25 SE Second Avenue, Suite 730
> Miami, Florida 33131
> Telephone: (305) 381-7979 x 317
> Facsimile: (305) 371-6816
> alexis.read@blaxgray.com
>
>
> By: ____/s/ Alexis S. Read_____
> Alexis S. Read, Esq.
> Fla. Bar No. 98084