UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-20768-CR-SCOLA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SERGE ST-VIL,
a/k/a, "SERGE SAINT-VIL,"

        Defendant.
_____/

**UNITED STATES' UNOPPOSED MOTION FOR ENTRY OF A FINAL ORDER OF FORFEITURE REGARDING PROMISSORY NOTE AND MORTGAGE FOR REAL PROPERTY KNOWN AND NUMBERED AS 1044 NE 207th TERRACE, MIAMI, FL**

The United States of America (hereinafter, the "United States" or the "Government") hereby moves for the entry of a final order of forfeiture regarding the forfeiture of the Promissory Note and Mortgage for real property known and numbered as 1044 NE 207th Terrace, Miami, Florida 33179, pursuant to Fed. R. Crim. P. 32.2(c)(2), and in support thereof provides the following:

1.     On June 5, 2013, the Court entered a Preliminary Order of Forfeiture (D.E. 87) (hereinafter, the "Preliminary Order") thereby condemning and forfeiting to the United States, pursuant to 18 U.S.C. § 981, the following real property:

> The real property known and numbered as 1044 NE 207th Terrace, Miami, Florida 33179 including, but not limited to, all structures, fixtures, attachments, appurtenances and improvements therein or thereon, and is more particularly described as follows:
>
> **LOT 5, BLOCK 10, IVES DAIRY TOWNHOMES, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 165, PAGE 19, OF THE**

**PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.**

**PARCEL IDENTIFICATION NUMBER: 30-1232-029-0980**

(hereinafter, the "Real Property").

2. On June 6, 2013, the United States published notice of the Preliminary Order and of its intent to dispose of the Real Property in accordance with 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6).

3. Additionally, the United States sent direct notice of the Preliminary Order to all persons or entities known to have a legal interest in the Real Property as follows:

  (a) Real Estate Investment and Rental Properties, Inc.
    c/o, Erna Joseph
    2385 NW Executive Center Drive
    Suite 100
    Boca Raton, Florida 32431

Notice was sent in care of Ms. Joseph at the above address on July 1, 2013, which was returned with the envelope stamped "Unclaimed - Unable To Forward," return to sender (*see* **Attachment 1**).

  (b) Jitu Zaveri
    36 Northeast 1st Street, Suite 830
    Miami, Florida 33132

Notice was sent to Mr. Jitu Zaveri at the above address on June 26, 2013, which was received on July 1, 2013, as indicated by return receipt (*see* **Attachment 2**).

  (c) Gilene Pierre and
    Jean Marie Saint-Jour
    1044 NE 207th Terrace
    Miami, Florida 33179

Notice was sent to Mr. Pierre and Ms. Saint-Jour at the above address on June 26, 2013, which was received on July 3, 2013, as indicated by return receipt (*see* **Attachment 3**).

4. Therefore, the United States has sent direct notice of the forfeiture of the Real Property to all persons who reasonably appear to be a potential claimant by means reasonably calculated to reach each potential claimant.

5. On July 11, 2013, the Government filed its Declaration of Publication with the Clerk of the Court asserting that the Preliminary Order was published on an official government forfeiture internet site (www.forfeiture.gov) consistent with 21 U.S.C. §853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(D), for at least (30) consecutive days, beginning June 6, 2013 and ending July 5, 2013 (D.E.108) .

6. On July 24, 2013, Gilene Pierre and Jean Marie Saint-Jour filed a Petition for Remission of Forfeiture (D.E. 112) claiming an interest in the Real Property.

7. On August 4, 2013, the time for filing a petition for the Real Property with the Court expired. As of that date, no person or entity other than Gilene Pierre and Jean Marie Saint-Jour filed a timely petition for the Real Property with the Court in accordance with 21 U.S.C. §853(n)(2).

8. On June 4, 2015, the undersigned conferred with the Petitioners' legal counsel to resolve the issues presented in the Petition without the need for hearing. The Government and the Petitioners have agreed that the Government will criminally forfeit the Promissory Note, dated April, 2011, in the principal sum of $182,000 (US) recorded in Official Records Book 27667 at Pages 4657-4658 of the Public Records of Miami-Dade County, and the Mortgage encumbering

the Real Property and recorded in Official Records Book 27667 at Pages 4652-4656 of the Public Records of Miami-Dade County (*see* **Attachment 4**).

9. Additionally, the Government and the Petitioners have agreed that the current principal balance remaining on the Promissory Note described in paragraph 8, above, is $173,741.20 (US).

WHEREFORE, for the reasons set forth herein, the United States now respectfully requests that the Court enter its proposed Final Order of Forfeiture regarding the Real Property.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

By:   s/*Daren Grove*
    Daren Grove (Court No. A5501243)
    Assistant United States Attorney
    E-mail: daren.grove@usdoj.gov
    99 NE 4th Street - 7th Floor
    Miami, Florida 33132
    Telephone: (305) 961-9294
    Facsimile: (305) 536-7599

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 9, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

    s/*Daren Grove*
    Daren Grove
    Assistant United States Attorney