

U.S. Department of Justice

United States Attorney
Southern District of Florida

Daren Grove
Assistant U.S. Attorney
99 N.E. 4 Street
Miami, FL 33132
Telephone. (305) 961-9294
Facsimile. (305) 536-4089

July 1, 2013

**CERTIFIED MAIL 7012 3050 0002 1671 3879**

Real Estate Investment and Rental Properties, Inc.
c/o Erna Joseph
2385 NW Executive Center Drive
Suite 100
Boca Raton, FL 32431

Re:  *U.S. v. Serge St-Vil, et al.*
     Case No.: 12-20768-Cr-Scola

Dear Ms. Joseph:

The records of this office indicate that you may have an interest in the following property, which was criminally forfeited to the United States in the above-styled criminal action:

1. Real Property known and numbered as 10519 Long Leaf Lane, Wellington, FL 33414, together with all appurtenances, improvements and attachments thereon.

2. Real Property known and numbered as 10603 Ivanhoe Lane, Wellington, FL 33414, together with all appurtenances, improvements and attachments thereon.

3. Real Property known and numbered as 10712 Willow Oak Court, Wellington, FL 33414, together with all appurtenances, improvements and attachments thereon.

4. Real Property known and numbered as 5412 SW 127th Avenue, Miramar, FL 33027, together with all appurtenances, improvements and attachments thereon.

5. Real Property known and numbered as 6103 Grand Cypress Circle East, Pompano Beach, FL 33073, together with all appurtenances, improvements and attachments thereon.

6. Real Property known and numbered as 20667 NE 10th Path, Miami, FL 33179, together with all appurtenances, improvements and attachments thereon.

**Attachment 1**

7. Real Property known and numbered as 1037 NE 207th Street, Miami, FL 33179, together with all appurtenances, improvements and attachments thereon.

8. Real Property known and numbered as 1045 NE 207th Street, Miami, FL 33179, together with all appurtenances, improvements and attachments thereon.

9. Real Property known and numbered as 20685 NE 10th Path, Miami, FL 33179, together with all appurtenances, improvements and attachments thereon.

10. Real Property known and numbered as 771 SE 3 Place, Hialeah, FL 33010, together with all appurtenances, improvements and attachments thereon.

11. Real Property known and numbered as 8634 S. Lexington Drive, Hollywood, FL 33025, together with all appurtenances, improvements and attachments thereon.

12. Real Property known and numbered as 461 NE 174th Street, North Miami Beach, FL 33162, together with all appurtenances, improvements and attachments thereon.

13. Real Property known and numbered as 560 NE 131st Street, Miami, FL 33161, together with all appurtenances, improvements and attachments thereon.

14. Real Property known and numbered as 1044 NE 207th Terrace, Miami, FL 33179, together with all appurtenances, improvements and attachments thereon.

15. Real Property known and numbered as 1025 NE 207th Street, Miami, FL 33179, together with all appurtenances, improvements and attachments thereon.

16. Real Property known and numbered as 2938 Hope Valley Street, Unit 112, Royal Palm Beach, FL 33411, together with all appurtenances, improvements and attachments thereon.

Under the provisions of Title 21, United States Code, Section 853, any person, other than the defendant, asserting a legal interest in property which has been ordered criminally forfeited to the United States, within thirty (30) days of the final publication of the notice of forfeiture or receipt of the notice of forfeiture (i.e., this notice), whichever is earlier, may petition the Court for a hearing to adjudicate the validity of a claimed interest in the property. The petition must comply with the following in order to be valid;

(1) The petition must be signed by you under penalty of perjury.

(2) The petition must set forth the nature and extent of your purported right, title or interest in the property.

(3)  The petition must describe time and circumstances of your acquisition of your purported right, title and interest in the property.

(4)  The petition must provide any additional facts supporting your claim, and the relief you seek.

Your petition should be sent to Office of the Clerk of the Courts, United States District Court for the Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida, 33132. A copy of the petition also should be sent to my attention at the United States Attorney's Office, 99 NE 4th Street, Suite 703, Miami, Florida 33132.

Sincerely,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
Daren Grove
Assistant United States Attorney

Enc.- 1

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*
99 N.E. 4th St.
Miami, Florida 33132

Official Business
Penalty for Private Use $300



7012 3050 0002 1671 3879

Real Estate Investment and Rental Properties, Inc.
C/o Erna Joseph
2385 NW Executive Center Drive
Suite 100
Boca Raton, FL 32431

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Real Estate Investment and Rental Properties, Inc.
   c/o Erna Joseph
   2385 NW Executive Center Drive
   Suite 100
   Boca Raton, FL 32431

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7012 3050 0002 1671 3879

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Real Estate Investment and Rental Properties, Inc.
   c/o Erna Joseph
   2385 NW Executive Center Drive
   Suite 100
   Boca Raton, FL 32431

2. Article Number
   (Transfer from service label)

   7012 3050 0002 1671 3879

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X                                    ☐ Agent
                                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

UNITED STATES POSTAL SERVICE                First-Class Mail
                                            Postage & Fees Paid
                                            USPS
                                            Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

   AUSA - DAREN GROVE

   U.S. Department of Justice
   United States Attorney
   Southern District of Florida
   99 N.E. 4th Street
   Miami, Florida 33132

   12-20768-CR-RNS  St-Vil

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7012 3050 0002 1671 3879

Sent To: Real Estate Investment / c-o Erna Joseph
Street, Apt. No or PO Box No.: 2385 NW Executive Center Dr Ste 100
City, State, ZIP+4: Boca Raton, FL 32431

PS Form 3800, August 2006   See Reverse for Instructions

**U.S. Department of Justice**
United States Attorney
Southern District of Florida
99 N.E. 4th St.
Miami, Florida 33132

Official Business
Penalty for Private Use $300

CERTIFIED MAIL

7012 3050 0002 1671 3879

02 1A
0004202180
MAILED FROM ZIPCODE 33132

U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300
$ 03.76⁰
JUL 02 2013
PITNEY BOWES

Real Estate Investment and Rental Properties, Inc.
C/o Erna Joseph
2385 NW Executive Center Drive
Suite 100
Boca Raton, FL 32431

NIXIE    313    DE 1         0007/10/13
    RETURN TO SENDER
    ATTEMPTED - NOT KNOWN
    UNABLE TO FORWARD

BC: 33132711199          *0806 0374R-07-47