

U.S. Department of Justice

United States Attorney
Southern District of Florida

Daren Grove
Assistant U.S. Attorney
99 N.E. 4 Street
Miami, FL 33132
Telephone. (305) 961-9294
Facsimile. (305) 536-4089

June 26, 2013

**CERTIFIED MAIL 7012 3050 0002 1671 4142**

Jitu Zaveri
36 Northeast 1st Street, Suite 830
Miami, Florida 33132

Re:   *U.S. v. Serge St-Vil, et al.*
      Case No.: 12-20768-Cr-Scola

Mr. Zaveri:

The records of this office indicate that you may have an interest in the following property, which was criminally forfeited to the United States in the above-styled criminal action:

Real Property known and numbered as 1044 NE 207th Terrace, Miami, FL 33179, together with all appurtenances, improvements and attachments thereon.

Under the provisions of Title 21, United States Code, Section 853, any person, other than the defendant, asserting a legal interest in property which has been ordered criminally forfeited to the United States, within thirty (30) days of the final publication of the notice of forfeiture or receipt of the notice of forfeiture (i.e., this notice), whichever is earlier, may petition the Court for a hearing to adjudicate the validity of a claimed interest in the property. The petition must comply with the following in order to be valid;

(1)   The petition must be signed by you under penalty of perjury.

(2)   The petition must set forth the nature and extent of your purported right, title or interest in the property.

(3)   The petition must describe time and circumstances of your acquisition of your purported right, title and interest in the property.

(4)   The petition must provide any additional facts supporting your claim, and the relief you seek.

**Attachment 2**

      Your petition should be sent to Office of the Clerk of the Courts, United States District Court for the Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida, 33132. A copy of the petition also should be sent to my attention at the United States Attorney's Office, 99 NE 4th Street, Suite 703, Miami, Florida 33132.

                              Sincerely,

                              WIFREDO A. FERRER
                              UNITED STATES ATTORNEY

By:    _____
        Daren Grove
        Assistant United States Attorney

Enc.- 1

**U.S. Department of Justice**

United States Attorney's Office
Southern District of Florida

99 NE 4th Street
Miami, FL 33132

Official Business

7012 3050 0002 1671 4142

Jitu Zaveri
36 Northeast 1st Street, Suite 830
Miami, Florida 33132

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Tito Zaveri
36 Northeast 1st Street,
Suite 830
Miami, FL 33132

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7012 3050 0002 1671 4142

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box •

AUSA-DAREN GROVE
U.S. Department of Justice
United States Attorney
Southern District of Florida
99 N.E. 4th Street
Miami, Florida 33132

12-20768-CR-RNS  St-Vil

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Mr. Jitu Zaveri<br>36 Northeast 1st Street,<br>Suite 830<br>Miami, FL 33132 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>   ☒ Certified Mail   ☐ Express Mail<br>   ☐ Registered       ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7012 3050 0002 1671 4142 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540