

U.S. Department of Justice

United States Attorney
Southern District of Florida

---

Daren Grove
Assistant U.S. Attorney
99 N.E. 4 Street
Miami, FL 33132
Telephone. (305) 961-9294
Facsimile. (305) 536-4089

June 26, 2013

**CERTIFIED MAIL 7012 3050 0002 1671 4135**

Gilene Pierre and
Jean Marie Saint-Jour
1044 NE 207th Terrace
Miami, Florida 33179

Re:  *U.S. v. Serge St-Vil, et al.*
     Case No.: 12-20768-Cr-Scola

Mr. Pierre and Ms. Saint-Jour:

The records of this office indicate that you may have an interest in the following property, which was criminally forfeited to the United States in the above-styled criminal action:

Real Property known and numbered as 1044 NE 207th Terrace, Miami, FL 33179, together with all appurtenances, improvements and attachments thereon.

Under the provisions of Title 21, United States Code, Section 853, any person, other than the defendant, asserting a legal interest in property which has been ordered criminally forfeited to the United States, within thirty (30) days of the final publication of the notice of forfeiture or receipt of the notice of forfeiture (i.e., this notice), whichever is earlier, may petition the Court for a hearing to adjudicate the validity of a claimed interest in the property. The petition must comply with the following in order to be valid;

(1) The petition must be signed by you under penalty of perjury.

(2) The petition must set forth the nature and extent of your purported right, title or interest in the property.

(3) The petition must describe time and circumstances of your acquisition of your purported right, title and interest in the property.

(4) The petition must provide any additional facts supporting your claim, and the relief you seek.

**Attachment 3**

Your petition should be sent to Office of the Clerk of the Courts, United States District Court for the Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida, 33132. A copy of the petition also should be sent to my attention at the United States Attorney's Office, 99 NE 4th Street, Suite 703, Miami, Florida 33132.

Sincerely,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
Daren Grove
Assistant United States Attorney

Enc.- 1

U.S. Department of Justice
United States Attorney's Office
Southern District of Florida
99 NE 4th Street
Miami, FL 33132
Official Business

Gilene Pierre and
Jean Marie Saint-Jour
1044 NE 207th Terrace
Miami, Florida 33179

7012 3050 0002 1671 4135

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Gilene Pierre and
   Jean Marie Saint-Jour
   1644 NE 207 Terrace
   Miami, FL 33179

   12-20768-CR-RNS  St-Vil

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)

   7012 3050 0002 1671 4135

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

   AUSA - DAREN GROVE
   U.S. Department of Justice
   United States Attorney
   Southern District of Florida
   99 N.E. 4th Street
   Miami, Florida 33132

English   Customer Service   USPS Mobile                                Register / Sign In

# USPS.COM

Search or Enter a Tracking Number

Quick Tools

Mail & Ship | Track & Manage | Postal Store | Business | International | Help

## USPS Tracking™

Customer Service ›
Have questions? We're here to help.

Tracking Number: 70123050000216714135

### Product & Tracking Information

**Postal Product:**  **Features:**
                    Certified Mail™

### Available Actions

Return Receipt After Mailing

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| July 3, 2013, 2:15 pm | Delivered | MIAMI, FL 33169 |

Your item was delivered at 2:15 pm on July 3, 2013 in MIAMI, FL 33169.

| June 29, 2013, 1:57 pm | Notice Left | MIAMI, FL 33179 |
| June 29, 2013, 6:28 am | Departed USPS Facility | OPA LOCKA, FL 33054 |
| June 29, 2013, 1:11 am | Arrived at USPS Facility | OPA LOCKA, FL 33054 |

### Track Another Package

Tracking (or receipt) number

Track It

HELPFUL LINKS
Contact Us
Site Index
FAQs

ON ABOUT.USPS.COM
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

OTHER USPS SITES

Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

LEGAL INFORMATION
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2015 USPS. All Rights Reserved.

Search or Enter a Tracking Number