# PROMISSORY NOTE

$199,442.00                                                                          June 18, 2010
                                                                          Miami, Miami-Dade County, Florida

FOR VALUE RECEIVED, the undersigned promise to pay to the order of Serge M. Saint-Vil at 19911 NE 10th Place Way, Miami, FL 33179 or at such other address as may be indicated in writing, in the manner hereinafter specified, the principal sum of One Hundred Ninety-Nine Thousand Four Hundred Forty-Two and 00/100 Dollars ($199,442.00) with interest from the date hereof, at the rate of Two percent ( 2 %) per annum on the balance from time to time remaining unpaid. The said principal and interest shall be payable in lawful money of the United States of America, on the date and in the following manner:

    . The sum of $603.96 representing a payment of principal and interest shall be due and payable on August 1, 2010, and on the 1st day of each month thereafter until July 1, 2050, at which time the remaining principal balance, together with any accrued but unpaid interest, shall be due.

    All payments shall be first applied to late charges, if any, then to the payment of accrued interest, and the balance remaining, if any, shall be applied to the payment of the principal sum.

    This note may be prepaid, in whole or in part, without penalty, at any time prior to maturity.

    Lot 14, Block 10, IVES DAIRY TOWNHOMES, according to the Plat thereof, recorded in Plat Book 165, Page 19 of the Public Records of Miami-Dade County, Florida.

This note with interest is secured by a mortgage on real estate, of even date herewith, the terms of which are incorporated herein by reference, made by the makers hereof in favor of the said payee, and shall be construed and enforced according to the laws of the State of Florida.

If default be made in the payment of any installment under this note, and if such default is not made good within 15 days, the entire principal sum and accrued interest shall at once become due and payable without notice at the option of the holder of this Note. Failure to exercise this option shall not constitute a waiver of the right to exercise the same at a later time for the same default or for any subsequent default. Any payment not received within 10 days of the due date shall include a late charge of 5% of the payment due. In the event of default in the payment of this note, and if the same is placed in the hands of any attorney for collection, the undersigned hereby agree to pay all costs of collection, including a reasonable attorneys' fee.

Makers waive demand, presentment for payment, protest, and notice of nonpayment and dishonor.

_Estelle Cazeau_ (Seal)
Estelle Cazeau -Borrower


       The state documentary tax due on this Note has been paid on the Mortgage securing this indebtedness.

**Attachment 3**

```
CFN 2010R0424084
OR Bk 27330 Pgs 0336 - 338; (3pgs)
RECORDED 06/23/2010 13:22:35
MTG DOC TAX 698.25
INTANG TAX 398.88
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
```

Prepared by and return to:
Jeffrey R. Stoll, Esq.
Segaul & Stoll, P.A.
8751 W. Broward Blvd. Suite 404
Plantation, FL 33324
954-424-3600
File Number: 10-2588
Will Call No.: 84

_____ [Space Above This Line For Recording Data] _____

# MORTGAGE

**This Indenture**, Made this June 18, 2010 by and between Estelle Cazeau, a single woman whose address is 1045 NE 207th Street, Miami, FL 33179, hereinafter called the Mortgagor, and Serge M. Saint-Vil whose address is 19911 NE 10th Place Way, Miami, FL 33179, hereinafter called the Mortgagee:

The terms "Mortgagor" and "Mortgagee", shall include heirs, personal representatives, successors, legal representatives and assigns, and shall denote the singular and/or the plural, and the masculine and/or the feminine and natural and/or artificial persons, whenever and wherever the context so admits or requires.

**Witnesseth**, that the said Mortgagor, for and in consideration of the aggregate sum named in the promissory note, a copy of which is attached hereto and made a part hereof, the receipt of which is hereby acknowledged, does grant, bargain and sell to the said Mortgagee, his successors and assigns, in fee simple, the following described land, situate, lying and being in Miami-Dade County, Florida, to-wit:

Lot 14, Block 10, IVES DAIRY TOWNHOMES, according to the Plat thereof, recorded in Plat Book 165, Page 19 of the Public Records of Miami-Dade County, Florida.

This is a first mortgage in the principal amount of $199,442.00.

THIS MORTGAGE MAY NOT BE ASSUMED AND UPON THE SALE, TRANSFER, LEASE-OPTION TO PURCHASE, AGREEMENT FOR DEED OR TRANSFER IN ANY OTHER MANNER THE NOTE SECURED HEREBY BECOMES DUE AND PAYABLE IN FULL.

Failure by the Mortgagor(s) herein to comply with the tax and insurance requirements set forth herein shall be a material breach of this mortgage, for which the mortgagee would have the right to foreclosure. Mortgagor shall provide Mortgagee with proof of insurance coverage and satisfaction of tax assessments in a timely fashion. All tax assessments shall be paid in full within thirty (30) days of the date that said assessments are levied.

And the said Mortgagor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

**Provided always**, that if said Mortgagor, his successors or assigns, shall pay unto the said Mortgagee, his successors or assigns, that certain promissory note, of which a true and correct copy is attached, and Mortgagor shall perform, comply with and abide by each and every stipulation, agreement, condition and covenant of said promissory note and of this mortgage, and shall duly pay all taxes, all insurance premiums reasonably required, all costs and expenses including reasonable attorneys fees that Mortgagee may incur in collecting money secured by this mortgage, and also in enforcing this mortgage by suit or otherwise, then this mortgage and the estate hereby created shall cease and be null and void.

Mortgagor hereby covenants and agrees:

Initials: _E C_

DoubleTime®

1. To pay the principal and interest and other sums of money payable by virtue of said promissory note and this mortgage, or either, promptly on the days respectively the same severally come due.

2. To keep the buildings now or hereafter on the land insured for fire and extended coverage in a sum at least equal to the amount owed on the above described promissory note, and name the Mortgagee as loss payees, and to furnish Mortgagee with a copy of all current policies. If Mortgagor does not provide Mortgagee with copies of the policies showing Mortgagee as loss payees after 14 days written demand by Mortgagee, then Mortgagee may purchase such insurance and shall add any payments made for such policy to the principal balance owed on the mortgage, and such payments shall accrue interest at the maximum rate of interest allowed by law. In the event any sum of money becomes payable under such policy, Mortgagee, his legal representatives or assigns, shall have the option to receive and apply the same on account of the indebtedness hereby secured or to permit Mortgagor to receive and use it or any part thereof for repair or replacement, without hereby waiving or impairing any equity, lien or right under or by virtue of this mortgage. In the event of loss Mortgagor shall give immediate notice to Mortgagee.

3. To permit, commit or suffer no waste, impairment or deterioration of the property, or any part thereof.

4. To permit no other lien or mortgage to be placed ahead of this mortgage.

5. Mortgagor shall provide proof of payment of annual real estate taxes by March 15, for the preceding years taxes. In the event that Mortgagor does not pay the taxes by such date, the Mortgagee may pay the taxes and the full amount of such payment by Mortgagee shall be added to the principal balance owed on the mortgage, and shall accrue interest at the maximum rate allowed by law.

6. The Mortgagee may, at any time pending a suit upon this mortgage, apply to the court having jurisdiction thereof for the appointment of a receiver, and such court shall forthwith appoint a receiver, and such receiver shall have all the broad and effective functions and powers in anywise entrusted by a court to a receiver, and such appointment shall be made by such court as an admitted equity and a matter of absolute right to said Mortgagee. The rents, profits, income, issues, and revenues shall be applied by such receiver according to the lien of this mortgage.

7. If any of the sums of money due and owing to Mortgagee under the terms of the promissory note and this mortgage, including but not limited to any advance made by Mortgagee for the payment of insurance or taxes, are not paid within 15 days after the same become due and payable, or if each of the stipulations, agreements, conditions and covenants of the promissory note and this mortgage, or either, are not fully performed or complied with the aggregate sum owed on the promissory note shall become due and payable forthwith or thereafter at the option of Mortgagee, his successors, legal representatives, or assigns.

This mortgage and the note hereby secured shall be construed and enforced according to the laws of the State of Florida.

The principal sum secured hereby, along with any interest to be paid in accordance with the terms of the note secured hereby, shall immediately become due and payable without notice, if a transfer of title to the premises by sale or otherwise is made without the Mortgagee's written consent, while this mortgage remains a lien thereon, at the option of Mortgagee, his successors, legal representatives, or assigns.

Executed at Miami-Dade County, Florida on the date written above.

Signed, sealed and delivered in the presence of:

Witness Name: Siberia M Jimenez

Witness Name: Michael Previti

Estelle Cazeau (Seal)

*Florida Mortgage - Page 2*

DoubleTime

State of Florida
County of Miami-Dade

The foregoing instrument was acknowledged before me this 18th day of June, 2010 by Estelle Cazeau, who [ ] is personally known or [X] has produced a ~~driver's license~~ as identification.
*Florida*

[Notary Seal]

Notary Public

Printed Name: _____

My Commission Expires: _____

*Florida Mortgage - Page 3*  DoubleTime