UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-20768-CR-SCOLA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SERGE ST-VIL,
a/k/a, "Serge Saint-Vil,"

        Defendant.
_____/

## FINAL ORDER OF FORFEITURE REGARDING PROMISSORY NOTE AND MORTGAGE FOR REAL PROPERTY KNOWN AND NUMBERED AS 1045 NE 207th STREET, MIAMI, FL

Upon unopposed motion of the United States for entry of a final order of forfeiture regarding the forfeiture of the Promissory Note and Mortgage for real property known and numbered as 1045 NE 207th Street, Miami, Florida 33179, (hereinafter, "Motion for FOF"), pursuant to Fed. R. Crim. P. 32.2(c)(2), a review of the docket in this matter and for good cause shown thereby, the Court hereby finds that:

1.    On June 5, 2013, the Court entered a Preliminary Order of Forfeiture (D.E. 87) (hereinafter, the "Preliminary Order") thereby condemning and forfeiting to the United States, pursuant to 18 U.S.C. § 981, the following real property:

> The real property known and numbered as 1045 NE 207th Street, Miami, Florida 33179 including, but not limited to, all structures, fixtures, attachments, appurtenances and improvements therein or thereon, and is more particularly described as follows:
>
> **LOT 14, BLOCK 10, IVES DAIRY TOWNHOMES, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 165, PAGE 19, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.**

(hereinafter, the "Real Property").

2.      On June 6, 2013, the United States published notice of the Preliminary Order and of its intent to dispose of the Real Property in accordance with 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6).

3.      Additionally, the United States sent direct notice of the Preliminary Order to all persons or entities known to have a legal interest in the Real Property as follows:

>   (a)    Real Estate Investment and Rental Properties, Inc.
>          c/o, Erna Joseph
>          2385 NW Executive Center Drive
>          Suite 100
>          Boca Raton, Florida 32431

Notice was sent in care of Ms. Joseph at the above address on July 1, 2013, which was returned with the envelope stamped "Unclaimed - Unable To Forward," return to sender (*see* **Attachment 1** to Motion for FOF).

>   (b)    Estelle Cazeau
>          1045 NE 207th Street
>          Miami, Florida 33179

Notice was sent to Ms. Estelle Cazeau at the above address on June 26, 2013, which was received on June 29, 2013, as indicated by return receipt (*see* **Attachment 2** to Motion for FOF).

4.      Therefore, the United States has sent direct notice of the forfeiture of the Real Property to all persons who reasonably appear to be a potential claimant by means reasonably calculated to reach each potential claimant.

5.      On July 11, 2013, the Government filed its Declaration of Publication with the Clerk of the Court asserting that the Preliminary Order was published on an official government forfeiture internet site (www.forfeiture.gov) consistent with 21 U.S.C. §853(n)(1) and Fed. R.

Crim. P. 32.2(b)(6)(D), for at least (30) consecutive days, beginning June 6, 2013 and ending July 5, 2013 (D.E.108) .

6. On July 26, 2013, Estelle Cazeau and Suze Diogene filed a Petition for Remission of Forfeiture (D.E. 116) claiming an interest in the Real Property.

7. On August 4, 2013, the time for filing a petition for the Real Property with the Court expired.  As of that date, no person or entity, other than Estelle Cazeau and Suze Diogene has filed a timely petition for the Real Property with the Court in accordance with 21 U.S.C. §853(n)(2) and the Court has not been made aware of any person or entity with an interest of record in the Real Property who/which has not been notified in accordance with applicable law.

8. On June 4, 2015, the undersigned conferred with the Petitioners' legal counsel to resolve the issues presented in the Petition without the need for hearing.  The Government and the Petitioners have agreed that the Government will criminally forfeit the Promissory Note, dated June 18, 2010, in the principal sum of $199,442 (US) and the Mortgage encumbering the Real Property and recorded in Official Records Book 27330 at Pages 336-338 of the Public Records of Miami-Dade County (*see* **Attachment 3** to Motion for FOF).

9. Additionally, the Government and the Petitioners have agreed that the current principal balance remaining on the Promissory Note described in paragraph 8, above, is $191,664.79 (US).

Accordingly, pursuant to 21 U.S.C. § 853, and the procedures set forth at Fed. R. Crim. P. 32.2, it is hereby,

**ORDERED**, **ADJUDGED** and **DECREED**, that:

1. The United States' Unopposed Motion for Entry of a Final Order of Forfeiture Regarding the Promissory Note and Mortgage for the Real Property Known and Numbered as

1045 NE 207th Street, Miami, Florida 33179, (**ECF No. 211**) is **GRANTED**;

2. All right, title and interest in the following property is forfeited to, and vested in, the United States pursuant to 18 U.S.C. § 981:

(a) The Promissory Note, dated June 18, 2010, in the principal sum of $199,442 (US); and

(b) The Mortgage encumbering the Real Property and recorded in Official Records Book 27330 at Pages 336-338 of the Public Records of Miami-Dade County.

3. The current principal balance remaining on the Promissory Note described in paragraph 2, above, is $191,664.79 (US); and

4. The Petitioners shall be obligated to the Internal Revenue Service, or any other duly authorized law enforcement agency, under the terms of the Promissory Note described in paragraph 2, above.

**DONE AND ORDERED** at Miami, Florida, on June 10, 2015.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

cc: Daren Grove (2 certified copies)